THE DELAWARE, LACKAWANNA AND WESTERN RAILROAD COM-
PANY, Respondent, v. JOHN M. BURKARD et al., Appellants.

(Argued March 10, 1891; decided April 7, 1891.)

APPEAL from judgment of the General Term of the Supreme
Court in the fifth judicial department, entered upon an order
made October 1, 1889, which affirmed a judgment in favor of
plaintiff entered upon a verdict and affirmed an order denying
a motion for a new trial.

*William F. Cogswell* for appellants.

*William Nottingham* for respondent.

Agree to affirm; no opinion.
All concur, except BRADLEY, J., dissenting, and HAIGHT, J.,
not voting.
Judgment affirmed.

JOHN PETERSON, Appellant, v. JOHN SWAN, Respondent.

(Argued March 11, 1891; decided April 7, 1891.)

APPEAL from judgment of the General Term of the Superior
Court of the city of New York, entered upon an order made
June 27, 1890, which affirmed a judgment in favor of defend-
ant entered upon a verdict directed by the court.

*George H. Hart* for appellant.

*Joseph A. Shoudy* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.